**FILED**
**AUG 26 2019**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT _____
BY _____
DEPUTY CLERK

Name and Prisoner/Booking Number: Arleen Murphy No# 15100 13483
Place of Confinement: Colusa CA 95932  Email
Mailing Address: 929 Bridge Street    waltomell0&o62e@gmail.com
City, State, Zip Code: Colusa CA. 95932

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

(Full Name of Plaintiff) Arleen M Murphy
Plaintiff,

v.

CASE NO. 2:19-CV-01665-DB
(To be supplied by the Clerk)

(1) David Nelson
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Colusa, CA. 95932

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Would not Investigate my facts. Would not give me a trial to prove my evidence. Lied and put another "459" out of Willows, Ca. 459 AM to get a conviction on me. To keep this jail of 10 women full.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   My house went into foreclosure. Could not prevent it from happening being Incarerated.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Foreclosure - family Estate - Tom Elloso
Pain & Suffering
Duress - CDPD
Children - duress - stress
Loss of time I had six months lost
to get the family estate settled.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/19/2019
DATE

_Arlen Murphy_
SIGNATURE OF PLAINTIFF

Paralegal - Nancy Newlin

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


(Signature of attorney, if any)
Nancy Newlin
430 Market Street
Colusa CA 95932
530 458-5400

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

4. Do you have cash (includes balance of checking or savings accounts)?   __ Yes  X No

    If "yes" state the total amount: ~~0~~ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   __ Yes  X No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?   __ Yes  X No

    If "yes," list the asset(s) and state the value of each asset listed: _____

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support. __Family Estate lost due to my Illegal Incarceration.__

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

_August 19, 2019_     _Arleen Murphy_
DATE                   SIGNATURE OF APPLICANT

**Applicant's CDCR Number (Mandatory for CDCR Applicants):** _____

### *CERTIFICATION BELOW IS TO BE COMPLETED BY NON-CDCR INCARCERATED PRISONERS ONLY*

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____                    _____
DATE                                         SIGNATURE OF AUTHORIZED OFFICER

July 29, 2019

waltomelloso62@gmail.com

Arleen Murphy
929 Bridge Street
Colusa, CA. 95932
Booking # 5100 290 13

To whom it may concern:
(I won't be incarserated forever)
I want justice.
This (court) system in Colusa, CA 95932, Colusa County, has there own system, The nick name for it is "Bermuda Triangle" "Bermuda Trial"
I had a court appointed lawyer, they have (no) chain of command He did nothing for me, but got me a three year term, I appealed my case and also just filed (malpractice) suit on this Lawyer;

David Nelson
333 North Plumas Street
P.O. Box 147
Willows CA 95988
530 934 8680

→

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____at_____.
   (Position and Title)                         (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____at_____.
   (Position and Title)                         (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____at_____.
   (Position and Title)                         (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____at_____.
   (Position and Title)                         (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _3_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Murphy__ v. __Colusa__
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Still a pending__

   b. Second prior lawsuit:
      1. Parties: __Murphy__ v. __David Nelson appt lawyer Court__
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __mal practice   Still pending__

   c. Third prior lawsuit:
      1. Parties: _____ v. _____.
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim I.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _This is no medical care, I have severe COPD_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Yes I asked for grievence they threaten me. The Colusa jail. Then they brought me one, I was to scared to take it. So I said No thanks. It was (Officer) Elliot. I had a complaint when I got out on bail, with Sgt Cooper & called on officer Elliot had treated me in booking, All bad for me here, no (job) to get early realese.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

3

# CLAIM II

1. State the constitutional or other federal civil right that was violated: _____

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

Aug 19, 2019

5. <u>Administrative Remedies</u>. You must exhaust any available administrative remedies before you file a civil rights complaint. See 42 U.S.C. § 1997e. Consequently, you should disclose whether you have exhausted the inmate grievance procedures or administrative appeals for each claim in your complaint. If the grievance procedures were not available for any of your claims, fully explain why on the lines provided.

**Part D. REQUEST FOR RELIEF:**

Print the relief you are seeking in the space provided.

**SIGNATURE:** *Aileen Murphy*

You must sign your name and print the date you signed the complaint. Failure to sign the complaint will delay the processing of your action. Unless you are an attorney, you may not bring an action on behalf of anyone but yourself.

*Aileen Murphy*

**FINAL NOTE**

You should follow these instructions carefully. Failure to do so may result in your complaint being stricken or dismissed. All questions must be answered concisely in the proper space on the form. You are strongly encouraged to file a complaint that is no longer than twenty-five pages, but the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number the pages. Remember, there is no need to attach exhibits to your complaint.

I'm sending this back to the best of my ability.

Thank you

Sincerely

Aileen Murphy

4