1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ARLEEN MURPHY,                         No.  2:19-cv-1665 WBS DB P

12                   Plaintiff,

13          v.                               ORDER

14    DAVID NELSON,

15                   Defendant.

16

17          Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

19    § 636(b)(1)(B) and Local Rule 302.

20          On March 10, 2020, the magistrate judge filed findings and recommendations herein

21    which were served on plaintiff and which contained notice to plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  (ECF No. 7.)  Plaintiff has

23    not filed objections to the findings and recommendations.

24          Although it appears from the file that plaintiff's copy of the findings and

25    recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

26    keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

27    of documents at the record address of the party is fully effective.

28

                                        1

1    The court has reviewed the file and finds the findings and recommendations to be

2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3 ORDERED that:

4    1.  The findings and recommendations filed March 10, 2020, are adopted in full; and

5    2.  This action is dismissed without prejudice.

6 Dated:  May 6, 2020

7 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
8

9

10 murp1665.800

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28